J. PEYTON CLARK, Appellant and Respondent, *v.* BIRD S.
COLER, Individually and as Surviving Partner of the
Firm of W. N. COLER & Co., et al., Respondents and
Appellants.

*Accounting — syndicate agreement — specific performance — breach of
contract.*

*Clark* v. *Coler,* 182 App. Div. 712, affirmed.
(Argued May 5, 1920; decided June 1, 1920.)

CROSS-APPEALS from a judgment of the Appellate
Division of the Supreme Court in the first judicial depart-
ment, entered October 23, 1918, modifying and affirming
as modified a judgment in favor of plaintiff entered upon
a decision of the court on trial at Special Term. The
action was for an accounting under a syndicate agreement
brought by one member of the syndicate against the
others and, in addition to an accounting, asks for specific
performance of or damages for the breach of an option
agreement for the sale to the plaintiff by the syndicate
of certain bonds and stock of one of the railroads promoted
by the syndicate.

*R. Randolph Hicks* and *Theodor Megaarden* for plaintiff,
appellant and respondent.

*Martin Conboy* for defendants, respondents and
appellants.

Judgment affirmed, without costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO,
MCLAUGHLIN, CRANE and ELKUS, JJ.